**Opinion issued January 9, 2024**



In The

# Court of Appeals

For The

# First District of Texas

———————————

**NO. 01-23-00762-CV**

———————————

**JESSICA LYNN PARSONS, Appellant**

**V.**

**SHANE WILSON, Appellee**

On Appeal from the 257th District Court
Harris County, Texas
Trial Court Case No. 2021-01949

## MEMORANDUM OPINION

Appellant, Jessica Lynn Parsons, filed a notice of appeal from the trial court's August 23, 2023 "Order Dismissing [Appellant's] Motions for Enforcement of Agreed Final Decree of Divorce." Appellant has neither paid the required fees nor established indigence for purposes of appellate costs. *See* TEX. R. APP. P. 5, 20.1;

*see also* TEX. GOV'T CODE ANN. §§ 51.207, 51.208, 51.851(b), 51.941(a); Order, Fees Charged in the Supreme Court, in Civil Cases in the Courts of Appeals, and Before the Judicial Panel on Multi-District Litigation, Misc. Docket No. 15-9158 (Tex. Aug. 28, 2015). On November 9, 2023, appellant was notified that this appeal was subject to dismissal if appellate costs were not paid, or indigence was not established, by December 11, 2023. *See* TEX. R. APP. P. 42.3(b), (c). Appellant did not adequately respond.

Accordingly, we dismiss the appeal for nonpayment of all required fees. *See* TEX. R. APP. P. 42.3(b), (c), 43.2(f). We dismiss any pending motions as moot.

**PER CURIAM**

Panel consists of Justices Goodman, Countiss, and Farris.